**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 02 CR 1050-3 |
| | Judge James B. Zagel |
| JOSEPH LOMBARDO. | |

## MEMORANDUM OPINION AND ORDER

The Motion to Vacate Special Administrative Measures Imposed upon Defendant is denied.

This court has no jurisdiction, and the proper place to file such a lawsuit is in the federal district in which he is incarcerated. Even if I had jurisdiction, the motion does not establish that the defendant has exhausted his administrative remedies.

ENTER:

*James B. Zagel*

James B. Zagel
United States District Judge

DATE: January 22, 2014